No. 96–5145. KEESEE, AKA MURPHY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–5146. MINARIK v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 96–5147. RAYFORD v. MORGAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–5148. SEGLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5149. RUTHERFORD v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–5151. BAZEL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5152. CHILDS v. OHIO ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–5153. WELLS v. ZENT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–5154. THORNE v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 96–5155. TRIPATI v. ARIZONA (two judgments). Sup. Ct. Ariz. Certiorari denied.

No. 96–5156. REED v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5158. BROWN v. MARYLAND DEPARTMENT OF HEALTH AND MENTAL HYGIENE ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–5159. FIELDS v. AMERICAN EXPRESS CO. C. A. 11th Cir. Certiorari denied.

No. 96–5160. DORAN v. McGINNIS, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–5161. FLATTUM v. BAKER ET AL. C. A. 9th Cir. Certiorari denied.